**ORIGINAL**

**FILED**

04/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0597

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0597

U.S. BANK TRUST, N.A., as Trustee
for LSF9 Master Participation Trust,

Plaintiff and Appellee,

v.

NORMAN T. SOLLID, CAROLE SOLLID,
a/k/a CAROLE M. SOLLID;

Defendants and Appellants,

BENEFICIAL FINANCIAL, INC., successor
by merger to BENEFICIAL MONTANA, INC.,
d/b/a BENEFICIAL MORTGAGE CO.;
CALIBER HOME LOANS, INC., successor
by merger to THE CIT GROUP SLAES
FINANCING, INC.; ACCOUNTS
MANAGEMENT CORPORATION OF
MONTANA, a Montana Corporation;
MONTANA DEPARTMENT OF REVENUE,

Defendants.

**FILED**

APR 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellants Norman T. Sollid and Carole Sollid a/k/a Carole M. Sollid were granted an extension of time to file and serve their opening brief on or before March 4, 2022. Appellants did not thereafter file an opening brief and on March 11, 2022, this Court ordered that Appellants file their opening brief no later than April 11, 2022. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellants and to all counsel of record.

DATED this 19 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices